IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| JOHN G. JACOBS,<br><br>        Plaintiff,<br><br>  vs.<br><br>BANK OF AMERICA, N.A.;<br>RECONTRUST COMPANY, N.A.; and<br>SPECIALIZED LOAN<br>SERVICING,LLC,<br><br>        Defendants. | CV 16-61-M-DWM-JCL<br><br>ORDER |

      Specialized Loan Servicing, LLC moves for leave to file redacted excerpts of the transcript of Plaintiff John Jacobs' deposition testimony. It explains the transcript is subject to a confidentiality agreement it entered with Jacobs which requires the parties to maintain as confidential Jacobs' personal financial and medical information. The deposition transcript contains such confidential information.

      Further, the confidentiality agreement requires that if a party needs to file a confidential document with the Court, then the filing party is obligated to seek leave of Court to file the document under seal. Thus, Specialized Loan Servicing moves for leave to file the transcript excerpts under seal because it asserts the non-

redacted portions of the transcript are necessary to support its summary judgment motion. It represents that the other parties do not oppose the motion.

Specialized Loan Servicing has identified compelling reasons for sealing Jacobs' deposition transcript. *See Pintos v. Pacific Creditors Association*, 605 F.3d 665, 678-79 (9th Cir. 2010). Jacobs' personal financial and medical information could be used by others for improper purposes.

Therefore, IT IS HEREBY ORDERED Specialized Loan Servicing's motion is GRANTED, and the transcript excerpts (docs. 69 & 70) shall be filed under seal.

DATED this 5th day of February, 2017.

_____
Jeremiah C. Lynch
United States Magistrate Judge