IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

**FILED**

MAY 2 2 2017

Clerk, U.S District Court
District Of Montana
Missoula



| | |
|---|---|
| JOHN G. JACOBS,<br><br>Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA; RECONTRUST COMPANY, N.A.; and SPECIALIZED LOAN SERVICING, LLC,<br><br>Defendants. | CV 16–61–M–DWM–JCL<br><br>ORDER |

Counsel for Defendant Specialized Loan Servicing LLC seeks to withdraw as counsel in this matter. (Doc. 104.) Counsel also seek to file their supporting declaration under seal. (Doc. 105.) Counsel indicates that they served their notice of intent upon their client at least 14 days before seeking to withdraw and that the client was advised of the necessity of seeking new counsel. It appears counsel is owed attorneys' fees in this matter and has provided facts constituting good cause supporting withdrawal.

Counsel having met the requirements of Local Rule 83.3(b), IT IS ORDERED that counsel's motion to withdraw as counsel of record for Specialized Loan Serving LLC (Doc. 104) is GRANTED.

1

IT IS FURTHER ORDERED that Specialized Loan Serving LLC shall retain new counsel within fourteen (14) days of the date of this Order. The failure to do so may result in default judgment being entered. Per the Scheduling Order entered June 21, 2016, trial is set for July 24, 2017, (Doc. 25), and neither that trial date nor any of the pending deadlines will be continued.

IT IS FURTHER ORDERED that counsel's request for leave to file their supporting declaration under seal (Doc. 105) is GRANTED. The document lodged at Doc. 106 is deemed filed under seal as of May 19, 2017.

Dated this 22nd day of May, 2017.

Donald W. Molloy, District Judge
United States District Court