IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION



FILED
AUG 0 1 2017
Clerk, U S District Court
District Of Montana
Missoula

| | |
|---|---|
| JOHN G. JACOBS,<br><br>Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA, N.A., RECONTRUST COMPANY, N.A., and SPECIALIZED LOAN SERVICING, LLC,<br><br>Defendants. | CV 16–61–M–DWM–JCL<br><br>ORDER |

The parties having filed a stipulation for dismissal pursuant to Rule 41(a),

IT IS ORDERED that the above-captioned cause is DISMISSED WITH PREJUDICE, each party to pay its own costs. All pending motions are MOOT and all deadlines are VACATED.

DATED this 1st day of August, 2017.

Donald W. Molloy, District Judge
United States District Court